UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY and NATIONAL CASUALTY COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VENICE, VENICE PUBLIC LIBRARY, MATT GARRETT, and DEONYIA JOHNSON,<br><br>    Defendants. | Case No. 22-cv-936-JPG |

## JUDGMENT

This matter having come before the Court, some defendants having failed to plead or otherwise defend, and default having been entered against them, and the plaintiffs having voluntarily dismissed the other defendant,

IT IS HEREBY ORDERED AND ADJUDGED that default judgment in this case is entered in favor of plaintiffs Scottsdale Indemnity Company and National Casualty Company and against defendants City of Venice, Matt Garrett, and Deonyia Johnson;

IT IS FURTHER DECLARED that:

Plaintiff Scottsdale Indemnity Company owes no duty to defend or indemnify defendant Matt Garrett under Policy No. PEI0006507, issued to the City of Venice and the Venice Public Library, in connection with the lawsuit *Deonyia Johnson v. Matt Garrett*, No. 3:18-cv-01057-JPG, in the United States District Court for the Southern District of Illinois; and

Plaintiff National Casualty Company owes no duty to defend or indemnify defendant Matt Garrett under Commercial Liability Umbrella Policy No. UMO0034039, issued to the City of Venice, in connection with the lawsuit *Deonyia Johnson v. Matt Garrett*, No. 3:18-cv-01057-JPG, in the United States District Court for the Southern District of Illinois;

and

IT IS FURTHER ORDERED AND ADJUDGED that all claims against the Venice Public Library are dismissed without prejudice.

                                           **MONICA A. STUMP, Clerk of Court**

**Date:  March 1, 2023**               <u>**s/Tina Gray, Deputy Clerk**</u>


**Approved:**   <u>s/ J. Phil Gilbert</u>
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**